# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) CIVIL ACTION NO. 16-0411-CG-M<br>) |
| STORMEY D. BURROUGHS JACKSON, MARCIA L. BURRELL, SHERITA N. BURRELL, and ANDREWS FUNERAL HOME, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## JUDGMENT and ORDER DISBURSING FUNDS

In accordance with this Court's Order entered on May 31, 2018, it is **ORDERED**, **ADJUDGED**, and **DECREED** that **JUDGMENT** is entered in favor of Defendant Stormey D. Burroughs Jackson ("Jackson"), and against Defendants Marcia Burrell and Sherita Burrell.

Metropolitan Life Insurance Company ("MetLife") interpleaded the proceeds of Chrysler's Basic Life Insurance Plan No. 73903-1-G in the amount of $59,500.00 plus applicable interest in the amount of $5,751.12 into the registry of the Court on January 20, 2017. The Clerk of Court deposited those funds into a CRIS interest bearing account. The total amount pending in the CRIS account is $66,049.82.

The Court previously found that MetLife was entitled to recover its reasonable attorneys' fees and disbursements expended in this matter on December 21, 2016 (Doc. 37). Upon review of the MetLife's Motion for Attorney Fees and

attached affidavit (Doc. 74), the Court finds that the motion is well taken, and hereby **GRANTS** said motion. Accordingly, MetLife is awarded attorney's fees in the amount of $5,024.34, which is to be deducted from the interpleaded funds.

In addition, the Court finds that Defendant Andrews Funeral Home is due to be paid for the funeral expenses as set forth in the Assignment of Proceeds of Insurance (See attachment to Complaint, exhibit D). Accordingly, Andrews Funeral Home is awarded its expenses in the amount of $6,879.43, which is to be deducted from the interpleaded funds.

Defendant Jackson is awarded balance of the principle and interest of the interpleaded funds in the amount of $54,146.05.

Accordingly, the Clerk of Court is **ORDERED** to disburse the proceeds of the interpleaded funds in the amount of $66,049.82 as follows:

Funds in the amount of $5,024.34 are to be disbursed to counsel for MetLife, T. Matthew Miller with Bradley Arant Boult Cummins, LLP, One Federal Place, 1819 Fifth Avenue N., Birmingham, Alabama 35203-2119.

Funds in the amount of $6,879.43 are to be disbursed to counsel for Andrews Funeral Home, Joseph C. McCorquodale, III, McCorquodale Law Firm, Post Office Drawer 1137, Jackson, Alabama 36545.

The remaining funds in the amount of $54,146.05 are to be disbursed to counsel for Jackson, Ricardo A. Woods with Burr & Forman LLP, 11 North Water Street, Suite 22200, Mobile, Alabama 36602, once counsel provides the Clerk with the tax identification number for Ms. Jackson so that the appropriate Internal

Revenue Service form for the accrued interest can be issued

There being no further issues pending before the Court, this action is **DISMISSED with prejudice**.

**DONE and ORDERED** this 4th day of June, 2018.

                                      /s/ Callie V. S. Granade
                                      SENIOR UNITED STATES DISTRICT JUDGE